**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**Case No: 5:14-CR-91-1F**

FILED IN OPEN COURT
ON _____
Julie A. Richards, Clerk
US District Court
Eastern District of NC

**UNITED STATES OF AMERICA**
**Plaintiff**

vs.                                                              **ORDER**

**ELTON BARNES, JR.**
**Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into

evidence on , be turned over to the case agent, , to be retained in ___ custody until this

case is completed, including any matters on appeal:

| **Govt. Exhibit No.:** | **Description:** |
|---|---|
| 1 | Hand Gun |
| 2 | Bullet |
| 3 | Gun Magazine |

This___17___ day of _November_, 2014.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _Matthew Harris_

Case 5:14-cr-00091-F   Document 40   Filed 11/17/14   Page 1 of 1