IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-91-1F

UNITED STATES OF AMERICA        :
                                :
          v.                    :
                                :
ELTON BARNES, JR.               :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the verdict of guilty by jury as to the defendant, Elton Barnes, Jr., on November 18, 2014 to violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), to wit: a Smith and Wesson Model SW40VE, .40 caliber, semi-automatic pistol, Serial Number DYL4362(obliterated), and any and all accompanying ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said property pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1

1. That based upon the verdict of guilty by jury as to the defendant, Elton Barnes, Jr., and other information of record and presented by the Government, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 3rd day of February, 2015.

_____
JAMES C. FOX
Senior United States District Judge

2